JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLENE D. BLACK,<br><br>         Plaintiff,<br><br>   v.<br><br>RECONTRUST COMPANY;<br>MORTGAGE ELECTRONIC<br>REGISTRATION SYSTEMS,<br>INC. (MERS), and DOES 1-<br>50, inclusive,<br><br>         Defendants. | Case No. EDCV 08-1724-VAP (RCx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: <u>January 21, 2009</u>

                                            */s/ Virginia A. Phillips*
                                            VIRGINIA A. PHILLIPS
                                       United States District Judge